IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FRANCISCO J. CASTANEDA, <br><br> Plaintiff, <br><br> v. <br><br> BRYAN COLLIER, *et al.*, <br><br> Defendants. | 2:22-CV-021-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendations of the United States Magistrate Judge to grant the Motion to Dismiss, ECF No. 32, filed by those Defendants who are represented by the Attorney General of Texas (ECF No. 41) ("FCR"). Objections to the FCR have been filed. ECF No. 45. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR is correct. Therefore, the FCR is **ADOPTED** and incorporated. The Motion to Dismiss, ECF No. 32, is **GRANTED**. The previously filed Motion to Dismiss, ECF No. 21, is **DENIED AS MOOT**. The Motion to Stay Discovery, ECF No. 34, is **DENIED AS MOOT**. Plaintiff's Motion for Continuance, ECF No. 43, is **DENIED**.

**IT IS SO ORDERED**.

August 1, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE