IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

FRANCISCO CASTANEDA,

    Plaintiff,

v.                                         2:22-CV-021-Z-BR

BRYAN COLLIER, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION TO DISMISS UNSERVED DEFENDANT

Before the Court are the findings, conclusions, and recommendation ("FCR") of the United States Magistrate Judge to dismiss Defendant Lane Lyndon without prejudice. ECF No. 65. No objections to the FCR have been filed. After making an independent review of the pleadings, and files in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and this action is **DISMISSED** without prejudice as to Defendant Lane Lyndon only.

**IT IS SO ORDERED**.

December 6, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE