IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| FRANCISCO J. CASTANEDA, | |
| Plaintiff, | |
| v. | 2:22-CV-21-Z-BR |
| JULIE M. EVANS, *et al.*, | |
| Defendants. | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Plaintiff's claims against the remaining Defendants made pursuant to 42 U.S.C. Section 1983. ECF No. 68. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. And given Plaintiff's prior non-compliance with this Court's extensions for time to respond, *see* ECF No. 64, alongside a lack of good cause here, his Motion for Extension of Time (ECF No. 69) is **DENIED**.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED** with prejudice.

**SO ORDERED**.

March 14, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE